COUNTY AUTO DISTRIBUTORS, INC., Appellant, v. MARY KAPPAKAS, Doing Business under the Name of MARAVEL'S, Respondent, et al., Defendants.—

In our opinion, not only is the verdict against the weight of the evidence but there should be a new trial in the interests of justice. Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ., concur.

ROBERT V. FELTER et al., Respondents, v. MICHAEL F. BREEN et al., Appellants.—

In our opinion the verdicts were excessive. Defendants moved for a new trial shortly after the trial herein, upon the ground of the newly discovered evidence, and have appealed separately from the order denying that motion. In view of our disposition of the appeal from the judgment, the questions raised by the appeal from the order are academic and that appeal is therefore dismissed, without costs. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.